# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 05/12/2022 | |
| Case: 22–01245–MM13 | Form ID: 309I | Total: 7 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Phuc Ngoc Doan | 8888 Clairemont Mesa Blvd. #C | San Diego, CA 92123 | | |
| ust | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| tr | Thomas H. Billingslea | 402 West Broadway, Suite 1350 | San Diego, CA 92101 | | |
| smg | Franchise Tax Board | Attn: Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 14941981 | Franchise Tax Board | Personal Bankruptcy MS A340 | P.O Box 2952 | Sacramento, CA 95812–2952 | |
| 14941980 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | | |
| 14941982 | The Loan Company | 2356 Moore Street #203 | San Diego, CA 92110 | | |

TOTAL: 7