# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 05/12/2022 |
|---|---|---|
| Case: 22–01245–MM13 | Form ID: zoom341 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
```
ust    United States Trustee      ustp.region15@usdoj.gov
tr     Thomas H. Billingslea      Billingslea@thb.coxatwork.com
```
                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Phuc Ngoc Doan          8888 Clairemont Mesa Blvd. #C     San Diego, CA 92123
smg        Franchise Tax Board     Attn: Bankruptcy      P.O. Box 2952      Sacramento, CA 95812–2952
14941981   Franchise Tax Board     Personal Bankruptcy MS A340    P.O Box 2952     Sacramento, CA 95812–2952
14941980   Internal Revenue Service    P.O. Box 7346     Philadelphia, PA 19101–7346
14941982   The Loan Company        2356 Moore Street #203      San Diego, CA 92110
```
                                                                              TOTAL: 5